DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMANTHA MCLAUGHLIN,**
Appellant,

v.

**BRITTANY GOFF,**
Appellee.

No. 4D21-823

[May 27, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Renatha S. Francis, Judge; L.T. Case No. 502021DR000047XXXXMB.

Samantha McLaughlin, West Palm Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***